MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
P:  (702) 384-4012
F:  (702) 383-0701
mfederico@ocgattorneys.com
pjurani@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA SILVA,<br><br>                    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br>a Foreign Corporation; ROE<br>MAINTENANCE COMPANY; DOES I<br>through X; and ROE CORPORATIONS II<br>through X, inclusive,<br><br>                    Defendants. | CASE NO. 2:25-cv-02180-JAD-NJK<br><br><br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE OF<br>PLAINTIFF'S CLAIM FOR LOSS OF<br>PAST WAGES**<br><br>ECF No. 13 |

///

///

///

///

///

///

///

///

1

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST WAGES

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that Plaintiff AMANDA SILVA's claim for loss of past wages in the above-captioned action against Defendant be dismissed with prejudice.

DATED this 26th day of February, 2026.                    DATED this 26th day of February, 2026.

OLSON CANNON & GORMLEY                         MOSS BERG INJURY LAWYERS

/s/ Michael A. Federico, Esq.                           /s/ Marcus A. Berg, Esq.

_____            _____
MICHAEL A. FEDERICO, ESQ.                   MARCUS A. BERG, ESQ.
Nevada Bar No. 005946                       Nevada Bar No.: 9760
9950 West Cheyenne Avenue                   JOHN C. FUNK, ESQ.
Las Vegas, Nevada 89129                     Nevada Bar No. 9255
Attorneys for Defendant                     5420 W. Sahara Ave., Ste. 101
*Costco Wholesale Corporation*              Las Vegas, NV 89146
                                            Attorneys for Plaintiff

IT IS SO ORDERED this 4th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

OLSON CANNON & GORMLEY

/s/ Michael A. Federico, Esq.

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
*Costco Wholesale Corporation*

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

2