# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AMANDA SILVA,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, a
Foreign Corporation; ROE MAINTENANCE
COMPANY; DOES I through X; and ROE
CORPORATIONS II through X, inclusive,

Defendants.

CASE NO. 2:25-cv-2180

**ORDER GRANTING
PLAINTIFF'S NOTICE OF
DISASSOCIATION OF COUNSEL –
JOHN C. FUNK, ESQ.**

TO: THIS HONORABLE COURT AND ALL INTERESTED PARTIES:

Please take notice that John C. Funk, Esq. of the law firm of MOSS BERG INJURY LAWYERS, is no longer appearing as counsel for the Plaintiff and should be removed from the distribution list in this case effective immediately, as he is no longer with the firm.

DATED this 20th day of May, 2026.

IT IS SO ORDERED
Dated: May 26, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1