**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Amanda Silva,<br>Plaintiff(s),<br>v.<br>Costco Wholesale Corporation,<br>Defendant(s). | Case No. 2:25-cv-02180-JAD-NJK<br>**Order** |

In light of the notice of settlement, Docket No. 27, the Court **VACATES** the settlement conference. Dismissal papers must be filed by November 17, 2026.

IT IS SO ORDERED.

Dated: October 13, 2026

Nancy J. Koppe
United States Magistrate Judge