MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgattorneys.com
pjurani@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

*Law Offices of*
OLSON CANNON & GORMLEY
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA SILVA,<br><br>Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; ROE MAINTENANCE COMPANY; DOES I through X; and ROE CORPORATIONS II through X, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-02180-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 29] |

Plaintiff AMANDA SILVA and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendant in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this ___ day of ______, 2026.

OLSON CANNON & GORMLEY

_______________________________
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

DATED this 16th day of Oct, 2026.

MOSS BERG INJURY LAWYERS

_______________________________
MARCUS A. BERG, ESQ.
Nevada Bar No.: 9760
5420 W. Sahara Ave., Ste. 101
Las Vegas, NV 89146
Attorney for Plaintiff

_______________________________

Respectfully submitted by:
OLSON CANNON & GORMLEY

_______________________________
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant



*Law Offices of*
OLSON CANNON & GORMLEY
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this 2nd day of November, 2026.

OLSON CANNON & GORMLEY

*/s/ Michael A. Federico, Esq.*

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

DATED this ____ day of ______, 2026.

MOSS BERG INJURY LAWYERS

MARCUS A. BERG, ESQ.
Nevada Bar No.: 9760
5420 W. Sahara Ave., Ste. 101
Las Vegas, NV 89146
Attorney for Plaintiff

**ORDER**

Based on the parties' stipulation [ECF No. 29] and with good cause appearing, IT IS HEREBY ORDERED that **this case is dismissed with prejudice**, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
November 3, 2026

*Law Offices of*
OLSON CANNON & GORMLEY
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701